UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL HAIR & BEAUTY
SYSTEMS, LLC,

    Plaintiff,

v.                                      CASE NO: 8:11-cv-1883-T-30AEP

SIMPLY ORGANIC, INC., et al.,

    Defendants.
_____/

**O R D E R**

**THIS COURT** has for consideration the Stipulated Motion of Parties for Release of Bond (Dkt. #103).  Upon review and consideration, the motion is hereby **GRANTED** and the bond is exonerated.  The Clerk is directed to return the sum of $10,000.00, plus any accrued interest, to Plaintiff, INTERNATIONAL HAIR & BEAUTY SYSTEMS, LLC, in care of its counsel.

**DONE** and **ORDERED** in Tampa, Florida on September 26, 2012.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Finance Department

*S:\Odd\2011\11-cv-1883.release bond 103.wpd*